UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-20655-CIV-MORENO

JOSE HERNANDEZ,

    Plaintiff,

vs.

JAG AUTO REFINISHERS, INC. and SPECIALTY CAR SALES, INC., Florida corporations,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, and the Court having reviewed the Stipulation, the settlement agreement, the file, and being otherwise duly advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** that the Stipulation is approved. Plaintiff's claim against Defendants are hereby dismissed, with prejudice. The Court will retain jurisdiction only to enforce the terms of the settlement agreement entered into by the parties. Further, it is

**ORDERED** that this case is closed.

.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of June, 2008.

                                                             FEDERICO A. MORENO
                                                             UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record